**Order filed March 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00816-CR
_____

**BYRON DEMONTA COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCR-076513**

## ABATEMENT ORDER

The State has filed a motion stating its District Attorney, Brian M. Middleton, represented appellant at trial. The State asks us to appoint a district attorney pro tem.

Appointments of district attorneys pro tem are within the purview of the district court, not this court. *See* Tex. Code Crim. Proc. Ann. art. 2.07; *Coleman v. State*, 246 S.W.3d 76, 81 (Tex. Crim. App. 2008).

Accordingly, we order the judge of the 268th District Court to immediately conduct a hearing at which appellant, counsel for appellant, and counsel for the State shall be present to consider and rule on the State's request. The judge shall see that a record of the hearing is made, shall make any findings of fact and conclusions of law required by article 2.07 of the Code of Criminal Procedure, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court by **April 15, 2019.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket without further order of this court when the requested records are filed in this court. The court also will consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM